**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-30624
Summary Calendar

DELTA T. MORVANT,

Plaintiff-Appellant,

VERSUS

SHIRLEY S. CHATER, Commissioner of
Social Security,

Defendant-Appellee.

Appeal from the United States District Court
For the Western District of Louisiana
(No. 94-CV-1321)

January 24, 1996

Before REAVLEY, GARWOOD and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Delta Morvant appeals from the district court's grant of summary judgment in favor of the Commissioner. She asserts the Commissioner's determination of her eligibility for widow's benefits based on a birthdate of February 28, 1933 was erroneous, and instead argues that her altered birth certificate and baptismal certificate require a determination that February 29, 1932, was her actual date of birth.

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

We have reviewed the record, the findings of the administrative law judge, and the Report and Recommendation of the United States magistrate judge, which was adopted by the district court after a *de novo* review of the record, and find no reversible error.  As the magistrate judge held, and the district court approved, substantial evidence supports the decision of the Commissioner.

AFFIRMED.